# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 31, 2024

Roman Martinez
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304

RE:  24-1183  MCTA v. FCC, et al

Dear Counsel:

We have received a petition for review of an order of the Federal Communications Commission in the above case, together with payment in the amount of $600 for the docket fee.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:    Matthew A. Brill
       P. Michele Ellison
       Merrick B. Garland
       Blake E. Stafford

District Court/Agency Case Number(s):   23-100: 22-69

**Caption For Case Number: 24-1183**

Missouri Internet & Television Association

    Petitioner

v.

Federal Communications Commission; United States of America

    Respondents

**Addresses For Case Participants:   24-1183**

Roman Martinez
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304

Matthew A. Brill
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304

P. Michele Ellison
FEDERAL COMMUNICATIONS COMMISSION
Office of General Counsel
45 L Street, N.E.
Washington, DC  20554

Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530

Blake E. Stafford
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304